# Exhibit 1

BY EMAIL, Attention: Andy Copping

**LIVE NATION (MUSIC) UK LIMITED**
2nd Floor, Regent Arcade House
19-25 Argyll Street
London W1F 7TS

**LIVE NATION ENTERTAINMENT, INC.**
9348 Civic Center Drive
Beverly Hills CA 90210

Thursday 11th January 2018

Dear Andy,

**Staples Center Commitment – Ozzy Osbourne at The $O_2$ arena**

We are delighted that you are looking to hold 1st pencil on Monday 11th February 2019 for the Ozzy Osbourne shows at The $O_2$ arena or pencils for any additional or replacement dates for the Ozzy Osbourne shows at The $O_2$ arena ("The $O_2$ Shows").

Staples Center Commitment

As we have previously communicated, and to give effect to our new booking policy, as a condition of entering the pencils for The $O_2$ Shows, we require both Live Nation Entertainment, Inc. and Live Nation (Music) UK Limited (collectively "you" or "Live Nation") to execute this letter agreement for the purpose of setting forth your irrevocable and binding commitment that, if (i) any of the aforementioned The $O_2$ Shows are booked at The $O_2$ arena and (ii) Ozzy Osbourne also plays an indoor arena anywhere within twenty five (25) miles of the City of Los Angeles as part of the same tour cycle as the aforementioned The $O_2$ Shows and that show/those shows is/are promoted by a Live Nation Entertainment, Inc. group company, then you shall ensure at least one of those Ozzy Osbourne shows in Los Angeles shall be held at the Staples Center (the "Staples Center Commitment").

The foregoing Staples Center Commitment shall not apply to the extent Ansco Arena Limited or L.A. Arena Company LLC (collectively, "we" or "us") advise you that the Staples Center is not available on the particular date(s) in question due to another event, although, in such instance, you hereby agree to use your best efforts in keeping with customary industry practice to work with us to find mutually acceptable dates.

It is envisioned that the Staples Center Commitment will be further reflected in the venue hire agreement between Live Nation (Music) UK Limited and Ansco Arena Limited, but, if the above conditions are met, the Staples Center Commitment set forth herein shall be binding on, and enforceable against, you irrespective of whether or not such terms are eventually included in the venue hire agreement.

Available Remedies

The Staples Center Commitment is of a special and unique nature. You agree and acknowledge that we have agreed to pencil The $O_2$ Shows based in part on the consideration you have provided for in this letter agreement. We shall have all rights and remedies that may be available at law, in equity or otherwise in the event of your breach or threatened breach of the Staples Center Commitment set forth herein.

- 2 -

You further acknowledge that a breach or threatened breach of the Staples Center Commitment may not reasonably be adequately compensated in an action for damages at law, and that we shall have available to us any available equitable relief. You hereby agree that, without limiting any other remedies, we shall be entitled to preliminary and permanent injunctive and other equitable relief (including in accordance with California Civil Code section 3423(e) and California Code of Civil Procedure section 526(b)(5)) to restrain your breach or threatened breach of the Staples Center Commitment, without the necessity of showing any actual damages or that monetary damages would not afford an adequate remedy and without any requirement to post bond.

Governing Law and Venue

This letter agreement shall be governed by and construed and enforced in accordance with the internal laws of the State of California without reference to its choice of law rules.

Each signatory hereto agrees that any legal action relating to this letter agreement or the enforcement of any provision of this letter agreement shall be brought or otherwise commenced exclusively in any state or federal court located in Los Angeles, California. Each signatory hereto: (i) expressly and irrevocably consents and submits to the aforementioned exclusive jurisdiction; (ii) consents to service of process in any such proceeding in any manner permitted by the laws of the aforementioned jurisdiction or by registered or certified mail, return receipt requested, at its address specified herein; (iii) agrees that the aforementioned venue shall be deemed to be a convenient forum; and (iv) waives and agrees not to assert (by way of motion, as a defense or otherwise), in any such legal action that such entity is not subject to the jurisdiction of such court, that such legal action has been brought in an inconvenient forum, that the venue of such proceeding is improper or that this letter agreement or the subject matter hereof may not be enforced in or by such court.

Yours sincerely,

**L.A. Arena Company LLC**            **Ansco Arena Limited**

Name:                                 Name:
Title:                                Title:

Acknowledged and agreed as of the first date set forth above:

Live Nation Entertainment, Inc.       Live Nation (Music) UK Limited

Name: Michael G. Rowles               Name: SELINA EMENY
Title: Executive Vice President,      Title: INTERNATIONAL GROUP COUNSEL
       General Counsel and Secretary

Ex. 1, Page 2