| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Daniel M. Wall (Bar No. 102580) |
|   | *dan.wall@lw.com* |
| 3 | Timothy L. O'Mara (Bar No. 212731) |
|   | *tim.o'mara@lw.com* |
| 4 | Andrew M. Gass (Bar No. 259694) |
|   | *andrew.gass@lw.com* |
| 5 | Kirsten M. Ferguson (Bar No. 252781) |
|   | *kirsten.ferguson@lw.com* |
| 6 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-6538 |
| 7 | Telephone: +1.415.391.0600 |
|   | Facsimile: +1.415.395.8095 |

Attorneys for Plaintiff
Ozzy Osbourne

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL "OZZY" OSBOURNE, an individual, on his own behalf and for all others similarly situated, | CASE NO. 2:18-cv-02310 DSF (JEMx) |
| | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE** |
| Plaintiff, | **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| v. | |
| ANSCHUTZ ENTERTAINMENT GROUP, INC., a Colorado corporation, AEG PRESENTS LLC, a Delaware limited liability company, L.A. ARENA COMPANY, LLC, a Delaware limited liability company, ANSCO ARENA LTD., a U.K. limited company, and JOHN DOE 1 THROUGH 10, whose true names are unknown, inclusive, | |
| Defendants. | |

# JOINT STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Michael "Ozzy" Osbourne ("Plaintiff"), together with Defendants Anschutz Entertainment Group, Inc., AEG Presents LLC, L.A. Arena Company, LLC, and Ansco Arena Ltd., jointly agree and stipulate that the above-captioned action should be dismissed by the Court with prejudice.

**IT IS SO STIPULATED.**

Dated: September 21, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Daniel M. Wall

Daniel M. Wall
Attorneys for Plaintiff Ozzy Osbourne

Dated: September 21, 2018

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ Justin W. Bernick

Justin W. Bernick
(admitted *pro hac vice*)
Attorneys for Defendants

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(ii), I, Daniel M. Wall, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized such filing.

By: /s/ Daniel M. Wall
Daniel M. Wall