JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL "OZZY" OSBOURNE, an individual, on his own behalf and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANSCHUTZ ENTERTAINMENT GROUP, INC., a Colorado corporation, AEG PRESENTS LLC, a Delaware limited liability company, L.A. ARENA COMPANY, LLC, a Delaware limited liability company, ANSCO ARENA LTD., a U.K. limited company, and JOHN DOE 1 THROUGH 10, whose true names are unknown, inclusive,<br><br>Defendants. | CASE NO.  2:18-cv-02310 DSF (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

## **ORDER**

The Court, having reviewed the parties' Stipulated Dismissal of Action With Prejudice (ECF No. 48), and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action with prejudice.

Date: 9/24/18

*Dale S. Fischer*

The Honorable Dale S. Fischer
United States District Judge